

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00179-CR
No. 02-21-00180-CR

JAMILA ASHA JONES, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. 1598349D, 1598350D

---

### ORDER

The reporter's record was originally due January 18, 2022. On January 19, 2022, we granted the court reporter's first requested extension and ordered that the reporter's record be filed by February 17, 2022. On March 1, 2022, we granted the court reporter's second requested extension and ordered that the record be filed by March 21, 2022. On April 1, 2022, we granted the court reporter's third requested extension and ordered that the reporter's record be filed by April 20, 2022, and noted that **NO FURTHER EXTENSIONS SHOULD BE NECESSARY**.

Two weeks have elapsed since the April 20, 2022 deadline, and we have not received the reporter's record or any communication from the court reporter.

It is hereby **ORDERED** that the official court reporter, Valerie K. Allen, file the complete reporter's record on or before **Monday, May 16, 2022**, or be prepared to show cause why she should not be held in contempt.

If Allen fails to file the record in this court by **Monday, May 16, 2022**, this court will abate this appeal and remand this case to the trial court. The trial court shall then conduct a hearing with Allen and the parties present. At the hearing, Allen shall be prepared to show cause why she should not be held in contempt for failing to prepare and file the reporter's record in accordance with this order. *See* Tex. Gov't Code Ann. § 21.002.

The clerk of this court is directed to send a notice of this order to Allen via electronic mail and by certified mail, return receipt requested; to the attorneys of record; to the trial court clerk; and to the trial court judge.

Dated May 5, 2022.

Per Curiam